1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   JORGE HERNANDEZ,                              1:11-cv-00489-OWW-JLT  (HC)

12              Petitioner,
                                                   ORDER DENYING MOTION FOR
13        vs.                                      APPOINTMENT OF COUNSEL

14   M. STAINER,
                                                   (Doc. 18)
15              Respondent.

16   _____/

17          Petitioner has requested the appointment of counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19   258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

21   of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254

22   Cases.  In the present case, after reviewing Petitioner's grounds for appointment of counsel, the

23   Court does not find that the interests of justice require the appointment of counsel at the present

24   time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of

25   counsel is denied.

26   IT IS SO ORDERED.

27   Dated:   **August 11, 2011**            _____
                                                  **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE
28